■ EDWARD L. DANIELS, Doing Business as AQUARIUM LOUNGE, INC., Petitioner, v EDWARD J. McLAUGHLIN, as Chairman of the New York State Liquor Authority, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of the New York State Liquor Authority, dated February 23,

1981 and made after a hearing, which canceled petitioner's liquor license and ordered the forfeiture of its bond in the amount of $1,000. Determination confirmed and proceeding dismissed on the merits, with costs. In our opinion, the cancellation of petitioner's license and the forfeiture of its $1,000 bond based on the two misdemeanor convictions of its president and principal stockholder for criminal conduct occurring off the licensed premises, was not arbitrary (see *Matter of Barton Trucking Corp. v O'Connell,* 7 NY2d 299, 313; *Matter of 216 Rest. v New York State Liq. Auth.,* 32 AD2d 564). There was substantial evidence to support the authority's determination (see *Matter of 17 Cameron St. Rest. Corp. v New York State Liq. Auth.,* 48 NY2d 509). Titone, J. P., Rabin, Margett and Weinstein, JJ., concur.